# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### ARREST ON OUT-OF-DISTRICT OFFENSE

Magistrate Case Number: **'08 MJ 8626**

The person charged as **Benito ROA-Cabrera** now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the **Eastern** District of **California** with **Deported Alien Found in the United States**, in violation of **Title 8, United States Code, 1326**

_____

_____

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: **July 10, 2008**.

_____
CHRISTOPHER A. SALGADO
DEPORTATION OFFICER
(Name)

Reviewed and Approved:

Dated: **July 10, 2008**

_____
KARLA DAVIS
Assistant United States Attorney



FILED
JUL 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

**USA,**

v.

**WARRANT FOR ARREST**

**BENITO ROA-CABRERA ,**

Case Number: **2:08-CR-00308-GEB**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **Benito Roa-Cabrera ,**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment    ☐ Information    ☐ Violation Petition    ☐ Other _____

charging him or her with (brief description of offense)

**Deported Alien Found in the United States**

in violation of Title **8** United States Code, Section(s) **1326(a) and (b)(2)**

| L. Reader | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
|  | 7/3/08    Sacramento |
| Signature of Issuing Officer | Date and Location |

Bail fixed at    **$ NO BAIL**    by    **Magistrate Judge Edmund F. Brennan**

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant _____

| 7/9/08 | ChrIS SALGADO   Deportation officer. |
|---|---|
| Date Received | Name and Title of Arresting Officer |
| 7/9/08 | _(signature)_ |
| Date of Arrest | Signature of Arresting Officer |

Dbt f !3;19.ds.11419.HFC!!!!!Epdvn f ou2!!!!!!Gjrhe!1801403119!!!!!Qbhf !2!pg5

1  McGREGOR W. SCOTT
   United States Attorney
2  DANIEL S. McCONKIE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2725



FILED
JUL 03 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )   2:08-cr-0308 GEB
                                         )
         Plaintiff,                      )   VIOLATION: 8 U.S.C.
                                         )   §§ 1326(a) and (b)(2) -
    v.                                   )   Deported Alien Found in the
                                         )   United States
BENITO ROA-CABRERA,                      )
                                         )
         Defendant.                      )
_____)

## I N D I C T M E N T

The Grand Jury charges:  T H A T

BENITO ROA-CABRERA,

defendant herein, an alien, on or about December 16, 2002, was excluded, deported and removed from the United States after being convicted of one or more crimes punishable by a term of imprisonment exceeding one year, specifically:

    Possession of a Controlled Substance (Heroin) for Sale in violation of California Health and Safety Code Section 11351, on or about October 31, 2000, in Butte County, California;

and, thereafter, on or about December 21, 2005, the defendant was found in the State and Eastern District of California, with neither

1

Dbtf !3;19.ds.11419.HFC!!!!!Epdvn f ou2!!!!!!Gjrhe!1801403119!!!!!Qbhf !3!pg5

1 | the Attorney General of the United States nor the Secretary of the
2 | Department of Homeland Security having expressly consented to a
3 | reapplication by the defendant for admission into the United States,
4 | in violation of Title 8, United States Code, Sections 1326(a) and
5 | (b)(2).

A TRUE BILL.

/s/ Signature on file w/AUSA
FOREPERSON

McGREGOR W. SCOTT
United States Attorney

2