# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

**FILED**
08 JUL 29 PM 2: 42
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

W. Samuel Hamrick, Jr.
Clerk of Court
BY _____ DEPUTY

**RECEIVED**
JUL 2 4 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

July 22, 2008

Clerk, U.S. District Court
Eastern District of California
501 I Street, Suite. 4-200
Sacramento, CA 95814

08-cr-308 6 EB

Re:   08mj8626, USA v Roa-Cabrera

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| x | Docket Sheet | x | Warrant of Removal |
| x | Complaint | ___ | Order of Removal |
| ___ | Minute Order Appointing Counsel | ___ | Detention Order |
| ___ | Corporate Surety Bond | x | Waiver of Removal |
| ___ | Personal Surety Bond | | |
| x | Other   notice attorney appearance | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: _____ s/ J. Hinkle
Deputy Clerk